RECEIVED
2005 OCT 25 P 2: 55
[illegible stamp]
MIDDLE DISTRICT AL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan, </br></br>Plaintiff,</br></br>v.</br></br>SUNSHINE CAMPING CENTER, INC., a corporation; UNION PLANTERS BANK, N.A., and/or UNION PLANTERS BANK, N.A. n/k/a REGIONS BANK, N.A.,</br></br>Defendants. | CIVIL ACTION NO.: 1:05cv1024-T |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Plaintiff, Auto-Owners Insurance Company, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Auto-Owners Insurance Company is a mutual insurance company incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. Affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Dated this the 25th day of October, 2005.

_[signature]_
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
Attorneys for Plaintiff
Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742


I hereby certify that a copy of the above and foregoing Plaintiff's Corporate Disclosure Statement was served upon the following along with the summons and complaint:

Sunshine Camping Center, Inc.
c/o Wallace Comer Borland, III, agent for service
2377 Joe Bruer Rd.
Daleville, AL 36322

Union Planters Bank, N.A. and/or
Union Planters Bank, N.A. n/k/a
Regions Bank, N.A.
c/o CSC - Lawyers Incorporating, Svc, Inc., agent for service
150 South Perry Street
Montgomery, AL 36104


Dated this the 25th day of October, 2005

_____
OF COUNSEL