# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated and
organized under the laws of the State of Michigan,

    Plaintiff,

v.

SUNSHINE CAMPING CENTER,
INC., et als.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05cv1024-T

TO: (Name and address of defendant)
Union Planters Bank, N.A. and/or
Union Planters Bank, N.A. n/k/a
Regions Bank, N.A.
c/o CSC - Lawyers Incorporating, Svc, Inc., agent for service
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_       10/27/05

CLERK      DATE

(BY) DEPUTY CLERK

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated and
organized under the laws of the State of Michigan,

    Plaintiff,

v.

SUNSHINE CAMPING CENTER,
INC., et als.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05cv1024-T

TO: (Name and address of defendant)

Sunshine Camping Center, Inc.
c/o Wallace Comer Borland, III, agent for service
2377 Joe Bruer Rd.
Daleville, AL 36322

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett            10/27/05

CLERK            DATE

(BY) DEPUTY CLERK