- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Sunshine Camping Center, Inc.
c/o Wallace Comer Borland, III, agent for service
2377 Joe Bruer Rd.
Daleville, AL 36322

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Carbo_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Comer Borland
C. Date of Delivery 10/28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:05CV1024-T
S&C

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7005 0390 0000 5268 8175

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540