**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Union Planters Bank, N.A., and/or Union Planters Bank, N.A. n/k/a Regions Bank, N.A.
c/o CSC-Lawyers Incorporating, Svc, Inc., agent for service
150 South Perry Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Miller
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Miller

C. Date of Delivery
10/28/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:05CV1024-T
S&C

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0000 5268 8304   304

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540