IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. 1:05cv1024-T |
| | ) | |
| | ) | |
| | ) | |
| SUNSHINE CAMPING CENTER, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

It is hereby ORDERED that this Court's order entered on October 27, 2005 be and it is hereby VACATED.

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 4th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE