IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) SUNSHINE CAMPING CENTER, INC., ) UNION PLANTERS BANK, N.A., and/or ) UNION PLANTERS BANK, N.A., n/k/a ) REGIONS BANK, N.A., ) ) Defendants. ) | CIVIL ACTION NO. 1:05cv1024-T |

**CORPORATE DISCLOSURE OF REGIONS BANK, N.A.**

COMES NOW Regions Bank, N.A., a Defendant in the above styled cause, and hereby discloses that its parent company, Regions Financial Corporation, has issued shares of stock to the public.

Respectfully submitted this 15th day of November, 2005.


s/ John G. Smith
Attorneys for Defendant,
Regions Bank, N.A.

**OF COUNSEL:**

John G. Smith (SMI169)

BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

162154.1

## CERTIFICATE OF SERVICE

    I certify that on November 15, 2005, the foregoing was electronically filed with the Clerk of the Court of the Middle District of Alabama using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed and postage prepaid to the following:

| | |
|---|---|
| Roger S. Morrow | L. Merrill Shirley, Esq. |
| Joel H. Pearson | Post Office Box 408 |
| Morrow, Romine & Peason, P.C. | Elba, Alabama 36362 |
| Post Office Box 4804 | |
| Montgomery, AL 36103-4804 | |

                                          s/ John G. Smith
                                          Of Counsel