IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Auto-Owners Insurance Company, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO. 1:05cv1024-MHT |
| ) | |
| Sunshine Camping Center, Inc., et al., ) | |
| ) | |
|     Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 7) dated November 4, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                    /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE