IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * * * | |
| PLAINTIFF, | * * | |
| VS. | * * | CIVIL ACTION NO. 1:05cv1024-T |
| SUNSHINE CAMPING CENTER, INC., UNION PLANTERS BANK, N.A., and/or UNION PLANTERS BANK, N.A., n/k/a REGIONS BANK, N.A., | * * * * * | |
| DEFENDANTS. | * | |

## RESPONSE TO NOTIFICATION TO COURT

    Comes now the Defendant, *Sunshine Camping Center, Inc.*, and for response to the notification filed by the Defendant, *Regions Bank*, states as follows:

1. That *Sunshine Camping Center, Inc.* has no objection to Judge Watkins hearing this matter.

Respectfully submitted this ___23rd___ day of January, 2006.

                                            /s/ Robert H. Brogden
                                            _____
                                            Robert H. Brogden   (BRO 052)
                                            Attorney for Defendant,
                                              Sunshine Camping Center, Inc.
                                            Post Office Drawer 1007
                                            Ozark, Alabama 36361-1007
                                            (334) 774-5171

## CERTIFICATE OF SERVICE

     I hereby certify that on January __23rd__, 2006, the foregoing was electronically filed with the Clerk of the Court of the Middle District of Alabama using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed and postage prepaid to the following:

| | |
|---|---|
| Roger S. Morrow | John G. Smith |
| Joel H. Pearson | Balch & Bingham, LLP |
| Morrow, Romine & Peason, P.C. | Attorneys for Regions Bank, N.A. |
| Attorneys for Plaintiff | Post Office Box 78 |
| Post Office Box 4804 | Montgomery, AL 36101-0078 |
| Montgomery, AL 36103-4804 | |

/s/ Robert H. Brogden
_____
Robert H. Brogden