**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

January 24, 2006

## NOTICE OF REASSIGNMENT

RE:   Auto-Owners Ins. Co v. Sunshine Camping Center, Inc. Et al
      Civil Action No. 1:05cv01024-WKW

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 1:05cv01024-MHT.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk