IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 FEB 17 P 4:04

[...] P. HACKETT, CL[...]
[...] DISTRICT COURT
MIDDLE DISTRICT AL[...]

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE CAMPING CENTER, INC., a corporation; UNION PLANTERS BANK, N.A., and/or UNION PLANTERS BANK, N.A. n/k/a REGIONS BANK, N.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 1:05-cv-1024-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by counsel for the parties for the purposes of making the following report to the Court:

    A. For The Plaintiff, Auto-Owners Insurance Company:

        Roger S. Morrow
        Joel H. Pearson
        Morrow, Romine & Pearson, P.C.
        122 South Hull Street
        P.O. Box 4804
        Montgomery, Alabama 36103-4804

    B. For The Defendant, Sunshine Camping Center, Inc.:

        Robert H. Brogden
        Attorney at Law
        P.O. Drawer 1007
        Ozark, Alabama 36361-1007

   C. For The Defendant, Union Planters Bank, N.A., and/or
     Union Planters Bank, N.A. n/k/a Regions Bank, N.A.

     John G. Smith
     Balch & Bingham
     P.O. Box 78
     2 Dexter Avenue
     Montgomery, Alabama 36101-0078

  2. Pre-Discovery Disclosures. The parties will exchange by March 10, 2006, the information required by Fed.R.Civ.P. 26(a)(1).

  3. Discovery Plan.  The parties jointly propose to the court the following discovery plan:

  Discovery will generally be needed on the insurance coverage issues involving the policy(ies) issued by Auto-Owners Insurance Company and all aspects of the claims asserted by Union Planters Bank, N.A., in the underlying civil action pending in the Circuit Court for Dale County, Alabama, Case No.: 04-251-M.

  All discovery commenced in time to be completed by July 2, 2006.

  Maximum of 45 interrogatories by each party to any other party.  Responses due 30 days after service.

  Maximum of 30 requests for production of documents by each party to another party.  Responses due 30 days after service.

  Maximum of 15 requests for admission by each party to any other party. Responses due 30 days after service.

  Maximum of 5 depositions (excluding experts) by plaintiff and 5 by defendant unless otherwise agreed by the parties.  Each deposition is limited to a maximum of 4 hours unless extended by agreement of the parties.

Reports from retained experts under Rule26(a)(2) due:

from plaintiff(s) by June 1, 2006.

from defendant(s) by June 15, 2006.

Any party shall be allowed thirty days in which to identify rebuttal expert(s) following the identification of expert witness(es) by another party.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in September, 2006.

Plaintiff shall be allowed until May 15, 2006 to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by July 2, 2006.

Settlement may be enhanced by the use of alternative dispute resolution procedures, but cannot be evaluated until the completion of discovery on July 2, 2006.

Final lists of witnesses (excluding experts) and exhibits under Rule 26(a)(3) due by no later than 30 days prior to trial.

Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The parties to this non-jury action request that this case be tried in Montgomery during the Court's October 2, 2006 trial term, and at this time is expected to take approximately one to two days.

Date: *February 17, 2006*

_____
ROGER S. MORROW, MOR032
JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742

_____
ROBERT H. BROGDEN, BRO052
Attorney for Defendant, Sunshine Camping
Center, Inc.

OF COUNSEL:

ATTORNEY AT LAW
P.O. Drawer 1007
Ozark, Alabama 36361-1007
Telephone: (334) 774-5171
Facsimile:  (334) 774-7318

_____
JOHN G. SMITH, SMI169
Attorney for Defendant, Union Planters,
Bank, N.A., and/or Union Planters Bank,
N.A. n/k/a Regions Bank, N.A.

OF COUNSEL:

BALCH & BINGHAM
P.O. Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078
Telephone: (334) 834-6500
Facsimile:  (334) 269-3115