# EXHIBIT "4"

Case 1:05-cv-01024-MHT-VPM    Document 22-6    Filed 05/15/2006    Page 1 of 2

IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

REGIONS BANK,

    PLAINTIFF

VS.                                                CASE NO. CV-04-251-Q

SUNSHINE CAMPING CENTER, INC., et al.,

    DEFENDANTS.

**VERDICT FORM**
**DEFENDANT, SUNSHINE CAMPING CENTER, INC.**

If, after a full and fair consideration of all the evidence you find for the Plaintiff, then you should use the following verdict form:

We, the Jury, find for the Plaintiff and against the Defendant, Sunshine Camping Center, Inc., and assess the Plaintiff's damages as follows:

Compensatory: One hundred forty-three thousand eighty-seven dollars and seventy-nine cents dollars ($143,087.79).

Punitive: _____ dollars ($_____).

                                                                        _Tammy Parker Collier_
                                                                       FOREPERSON

If after a full and fair consideration of all the evidence, you find for the Defendant, Sunshine Camping Center, Inc., then you should use the following verdict form:

We, the Jury, find for the Defendants and against the Plaintiff.



                                                                 _____
                                                                  FOREPERSON