IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AUTO-OWNERS INSURANCE       )
COMPANY, etc.,              )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       1:05cv1024-MHT
                            )
SUNSHINE CAMPING CENTER,    )
INC., etc., et al.,         )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that plaintiff's motion for leave to amend (doc. no. 22) is granted. The court assumes that defendants have no objections to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 17th day of May, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE