# EXHIBIT "3"

)                                           )

IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

REGIONS BANK,

    PLAINTIFF,

VS.                                                             CASE NO. CV-04-251-Q

SUNSHINE CAMPING CENTER, INC. et al.,

    DEFENDANTS.

---

**ORDER**

---

This cause came on for trial on May 1, 2006 and the following verdicts were returned on May 4, 2006:

"We, the Jury, find for the Plaintiff and against the Defendant, Sunshine Camping Center, Inc., and assess the Plaintiff's damages as follows:

Compensatory: One hundred forty-three thousand eighty-seven dollars and seventy-nine cents dollars ($143,087.79). Tammy Parker Collier, Foreperson."

"We, the Jury, find for the Plaintiff against the Defendant, Jon K. Williams, and assess the Plaintiff's damages as follows:

Compensatory: Ninety-six thousand, eight hundred ninety-four dollars and thirty-two cents dollars. ($96,894.32). Tammy Parker Collier, Foreperson."

Based thereon, the court enters judgment in favor of the Plaintiff, Regions Bank and against the Defendant, Sunshine Camping Center, Inc., in the amount of $143,087.79, and against Defendant, in the amount of $96,8894.32. Defendants are taxed with costs of court.

    DONE this _8th_ day of May, 2006.

                                                     Kenneth W. Quattlebaum, Circuit Judge

5/8/06 cu: Smith/Shinn... lm