# EXHIBIT "4"

IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

REGIONS BANK,

      PLAINTIFF

VS.                                                                           CASE NO. CV-04-251-Q

SUNSHINE CAMPING CENTER, INC., et al.,

      DEFENDANTS.

**VERDICT FORM**
**DEFENDANT, SUNSHINE CAMPING CENTER, INC.**

If, after a full and fair consideration of all the evidence you find for the Plaintiff, then you should use the following verdict form:

We, the Jury, find for the Plaintiff and against the Defendant, Sunshine Camping Center, Inc., and assess the Plaintiff's damages as follows:

Compensatory: *One hundred forty-three thousand eighty-seven dollars and seventy-nine cents* dollars ($ *143,087.79* ).

Punitive: _____ dollars ($ _____ ).

                                      *Tammy Parker Collier*
                                      FOREPERSON

If after a full and fair consideration of all the evidence, you find for the Defendant, Sunshine Camping Center, Inc., then you should use the following verdict form:

We, the Jury, find for the Defendants and against the Plaintiff.



                                                        FOREPERSON