# EXHIBIT "5"

IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

REGIONS BANK,

    PLAINTIFF

VS.

    CASE NO. CV-04-251-Q

SUNSHINE CAMPING CENTER, INC., et al.,

    DEFENDANTS.

## VERDICT FORM
## DEFENDANT, JON K. WILLIAMS

If, after a full and fair consideration of all the evidence you find for the Plaintiff, then you should use the following verdict form:

We, the Jury, find for the Plaintiff and against the Defendant, Jon K. Williams, and assess the Plaintiff's damages as follows:

Compensatory: _Ninety-six Thousand, eight hundred ninety-four dollars and thirty-two cents_ dollars ($_96,894.32_)

Punitive: _____ dollars ($_____).

                                  _Tammy Parker Collier_
                                  FOREPERSON

If after a full and fair consideration of all the evidence, you find for the Defendant, Jon K. Williams, then you should use the following verdict form:

We, the Jury, find for the Defendant, Jon K. Williams and against the Plaintiff.

                                  _____
                                  FOREPERSON

FILED IN OPEN COURT
DALE COUNTY, AL

MAY - 4

KENNETH W. QUATTLEBAUM
CIRCUIT JUDGE