IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AUTO-OWNERS INSURANCE      )
COMPANY, etc.,             )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )     1:05cv1024-MHT
                           )
SUNSHINE CAMPING CENTER,   )
INC., etc., et al.,        )
                           )
     Defendants.           )
```

ORDER

It is ORDERED that the motion for delay (doc. no. 23), alternative motion to extend date (doc. no. 23), and alternative motion to extend time to file briefs (doc. no. 23) are granted only to the extent that the deadline for filing dispositive motions is extended to June 22, 2006.

DONE, this the 19th day of May, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE