## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION  RECEIVED

| | |
|---|---|
| **AUTO-OWNERS INSURANCE** ) | 2006 JUN 13 ⊃ 4: 31 |
| **COMPANY, a mutual insurance** ) | |
| **company incorporated in the** ) | DEBRA P. HACKETT, CLK |
| **State of Michigan,** ) | U.S. DISTRICT COURT |
| ) | MIDDLE DISTRICT ALA |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.: 1:05-cv-1024-MHT** |
| ) | |
| **SUNSHINE CAMPING CENTER,** ) | |
| **INC., a corporation; UNION** ) | |
| **PLANTERS BANK, N.A., and/or** ) | |
| **UNION PLANTERS BANK, N.A. n/k/a** ) | |
| **REGIONS BANK, N.A.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW** Plaintiff, Auto-Owners Insurance Company, by and through the undersigned counsel and files the above notice concerning settlement conference and mediation to advise the Court that counsel for the parties have conferred, have been unable to reach a settlement, and do not anticipate that mediation would assist in the resolution of this case at this time. At the present time counsel for the parties anticipate that this action will be presented to the Court on dispositive motion(s) on or before June 22, 2006.

Dated this the 13th day of June, 2006.

ROGER S. MORROW, MOR032

JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the
following by placing a copy of same in the United States mail, first class postage prepaid
on this the _13th_ day of _June_ , 2006.

Hon. Robert H. Brogden
P.O. Drawer 1007
Ozark, Alabama 36361-1007

Honorable John G. Smith
Balch & Bingham
P.O. Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Of Counsel

2