IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 JUN 20  P 4: 35

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY**, a mutual insurance company incorporated in the State of Michigan, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 1:05-cv-1024-MHT |
| **SUNSHINE CAMPING CENTER, INC.**, a corporation; **UNION PLANTERS BANK, N.A.**, and/or **UNION PLANTERS BANK, N.A. n/k/a REGIONS BANK, N.A.**, ) ) ) ) ) ) | |
| Defendants. ) | |

### EVIDENTIARY SUBMISSION OF PLAINTIFF, AUTO-OWNERS INSURANCE COMPANY, IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Plaintiff, Auto-Owners Insurance Company (Auto-Owners), and files its Evidentiary Submission in Support of its Motion for Summary Judgment filed contemporaneously herewith in this cause as follows, to wit:

1A.   Auto-Owners Tailored Protection Insurance Policy for the policy term 02-20-03 to 02-20-04 and the authenticating affidavit of William E. Barrett, Jr., attached hereto as Exhibit "1A".

1B.   Auto-Owners Tailored Protection Insurance Policy for the policy term 02-20-04 to 02-20-05 and the authenticating affidavit of William E. Barrett, Jr., attached hereto as Exhibit "1B".

2.   The complaint filed in the underlying action in the Circuit Court for Dale

County, Alabama styled <u>Union Planters Bank, N.A. v. Sunshine Camping Center, Inc., et al.</u>, Civil Action No.: CV-04-251-M, a true and correct copy of which is attached hereto as Exhibit "2".

3. The certified copy of the judgment in CV-04-251-M attached hereto as Exhibit "3".

4. The certified copy of the verdict form regarding Defendant, Sunshine Camping Center, Inc., in CV-04-251-M attached hereto as Exhibit "4".

5. The certified copy of the verdict form regarding Defendant, Jon K. Williams, in CV-04-251-M attached hereto as Exhibit "5".

6. The cross-claim and third-party claim filed by Union Planters Bank, N.A., n/k/a Regions Bank, N.A., in the action styled <u>Robert M. McAllister v. Sunshine Camping Center, Inc., et al.</u>, Civil Action No.: CV-04-296-M, a true and correct copy of which is attached hereto as Exhibit "6".

7. The trial transcript of the proceedings in CV-04-251-M, the available transcribed portion of which is attached hereto as Exhibit "7".

8. The district court opinion and appellate court opinion in <u>Auto-Owners Ins. Co. v. Gilland-Wyant Imports, Inc.</u>, Civil Action No. 99-A-403-S (M.D. Ala. Mar. 20, 2000), aff'd unpublished opinion, 247 F. 3d 248 (11th Cir. 2001) and attached hereto as Exhibit "8".

9. Auto-Owners' reservation of rights letters attached hereto as Exhibit "9".

Dated this the 20th day of June, 2006.

_____
ROGER S. MORROW, MOR032

_____
JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 20th day of June, 2006.

| | |
|---|---|
| Hon. Robert H. Brogden<br>P.O. Drawer 1007<br>Ozark, Alabama 36361-1007 | Honorable John G. Smith<br>Balch & Bingham<br>P.O. Box 78<br>2 Dexter Avenue<br>Montgomery, Alabama 36101-0078 |

_____
Of Counsel

3