# EXHIBIT "4"

CERTIFIED TO BE A TRUE COPY
ATTEST
REGISTER-CLERK
Circuit Court, Dale County, AL

IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

REGIONS BANK,

    PLAINTIFF

VS.                                                                                   CASE NO. CV-04-251-Q

SUNSHINE CAMPING CENTER, INC., et al.,

    DEFENDANTS.

## VERDICT FORM
## DEFENDANT, SUNSHINE CAMPING CENTER, INC.

If, after a full and fair consideration of all the evidence you find for the Plaintiff, then you should use the following verdict form:

We, the Jury, find for the Plaintiff and against the Defendant, Sunshine Camping Center, Inc., and assess the Plaintiff's damages as follows:

Compensatory: One hundred forty-three thousand eighty-seven dollars and seventy-nine cents  dollars ($143,087.79)

Punitive: _____ dollars ($_____)

_Sammy Parker Collier_
FOREPERSON

If after a full and fair consideration of all the evidence, you find for the Defendant, Sunshine Camping Center, Inc., then you should use the following verdict form:

We, the Jury, find for the Defendants and against the Plaintiff.



_FOREPERSON_

KENNETH W. QUATTLEBAUM
CIRCUIT JUDGE