IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AUTO-OWNERS INSURANCE      )
COMPANY, etc.,             )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )     1:05cv1024-MHT
                           )
SUNSHINE CAMPING CENTER,   )
INC., etc., et al.,        )
                           )
     Defendants.           )
```

ORDER

It is ORDERED that the motion for leave to supplement (doc. no. 32) is denied without prejudice. If, when the material is ready, plaintiff believes that the record should be supplemented with it, plaintiff may then file an appropriate motion.

DONE, this the 23rd day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE