IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION    RECEIVED

AUTO-OWNERS INSURANCE          )
COMPANY, a mutual insurance    )          2006 JUL 27  P 4: 18
company incorporated in the    )
State of Michigan,             )          DEBRA P. HACKETT, CLK
                               )            U.S. DISTRICT COURT
        Plaintiff,             )          MIDDLE DISTRICT ALA
                               )
                               )
v.                             )
                               )          CIVIL ACTION NO.: 1:05-cv-1024-MHT
                               )
SUNSHINE CAMPING CENTER,       )
INC., a corporation; UNION     )
PLANTERS BANK, N.A., and/or    )
UNION PLANTERS BANK, N.A. n/k/a )
REGIONS BANK, N.A.,            )
                               )
        Defendants.            )
_____)

## SUPPLEMENTAL EVIDENTIARY SUBMISSION OF PLAINTIFF, AUTO-OWNERS INSURANCE COMPANY, IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Plaintiff, Auto-Owners Insurance Company (Auto-Owners), and supplements its Evidentiary Submission heretofore filed in this cause to include a certified copy of the transcript of the proceedings in the underlying action (Civil Action No.: CV-04-251-M) including pages 1 through 553 thereof and certified by Stephanie German, Court Reporter, as a true and correct reproduction on July 24, 2006.

Dated this the 27th day of July, 2006.

_____
ROGER S. MORROW, MOR032

JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:   (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 27th day of July, 2006.

Hon. Robert H. Brogden
P.O. Drawer 1007
Ozark, Alabama 36361-1007

Honorable John G. Smith
Balch & Bingham
P.O. Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Of Counsel

2