IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, etc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:05cv1024-MHT (WO) |
| SUNSHINE CAMPING CENTER, INC., etc., et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the motion for summary judgment filed by plaintiff Auto-Owners Insurance Company (Doc. No. 29) is granted;

(2) That judgment is entered in favor of plaintiff Auto-Owners Insurance Company and against defendants Sunshine Camping Center, Inc. and

>    Union Planters Bank, N.A., also known as Regions Bank, N.A.;
>
> (3) That it is DECLARED that plaintiff Auto-Owners Insurance Company does not owe coverage to defendant Sunshine Camping Center, Inc. for any liability which might result from the dispositions of <u>Union Planters Bank, N.A., v. Sunshine Camping Center, Inc., et al</u>, Case No.: CV-04-251-M, and <u>Robert M. McAllister v. Sunshine Camping Center, Inc., et al</u>, Case No.: CV-04-296-M, both in the Circuit Court of Dale County, Alabama; and
>
> (4) That it is DECLARED that plaintiff Auto-Owners Insurance Company has no duty to defend defendant Sunshine Camping Center, Inc. for any liability which might result from the dispositions of <u>Union Planters Bank, N.A., v. Sunshine Camping Center, Inc., et al</u>, Case No.: CV-04-251-M and <u>Robert M. McAllister v. Sunshine</u>

<u>Camping Center, Inc., et al</u>, Case No.: CV-04-296-M, both in the Circuit Court of Dale County, Alabama.

It is further ORDERED that costs are taxed against defendant Sunshine Camping Center for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of August, 2006.

                     <u>/s/ Myron H. Thompson</u>
                 **UNITED STATES DISTRICT JUDGE**